Good morning. May it please the court Alex Porter appearing on behalf of the United States. I believe I have 10 minutes if possible I'd like to reserve two minutes in rebuttal. Sure I'll try to help you out we keep your eye on the clock as well. Thank you your honor. So both at the district court level and here before this court the defendants have conceded on multiple occasions that Mike Mayer was qualified to testify about how call options trading works and to provide a factual analysis of the defendants tradings. And we respectfully submit that on the basis of those concessions as to his qualifications and what he can testify to that the vast majority of what is at issue on this appeal should be allowed to be presented at trial in this case. And that includes all of these sub-opinions within opinion 5 that are at issue on this appeal. Those sub-opinions deal with factual analyses of the defendants trades and there are certain sub-opinions that we have identified that we intend to use on rebuttal and those opinions have to do with factual analysis of the trades and explanation of how call options trading works. And so respectfully on the basis of that we believe that all of the issues in opinion 5 should come in. And so that leaves opinion 3. Actually let's not leave opinion 5 yet. I want to make sure because I have to say following what is in and what is out in this case has been difficult for me because it seems to be the sand seem to keep to be shifting. Can you take a look at I think it's opinion 5 sub-opinion 5 you're saying that is no longer you're not seeking to admit that one anymore? Sub-opinion 5 to opinion 5 that's correct. In our brief we conceded that we were not we're not appealing the exclusion of that sub-opinion. And then because there's a lot of 5.51, 5.4 so all the 5.5's are we're not we don't worry about any of those correct? Well I don't want to go that far 5.5 in the report sub I mean opinion 5 in the report was identified I believe as 5.5 and then it has sub-opinions 14 sub-opinions under 5.5 so that's what we're referring to as opinion 5. Let me ask you about a specific one then. I think it is 5. Let me see if I can find it here. Well there's just there's just 5.5 overall conclusion and that one is not at issue correct? That's correct we're not appealing the exclusion of the opinion the trading appears consistent with insider trading. Okay. The overall conclusion. Keep rolling and if I have follow-up questions I'll let you know. Yes John. All right so let me just follow up and make sure now I'm understanding it 5.5 is out the government's given up on that the bottom line conclusion of defendants at issue trades appear consistent with what a trader would do. Am I reading the right portion? Correct your honor. So what you're talking about now are the sub opinions that immediately follows that one two three four etc. Correct and there are 14 of those sub opinions your honor. Now how many sub opinions are there? There are 14 your honor. And you're appealing all the exclusion of all of the sub opinions or only some? We are appealing exclusion of sub opinions 1 through 4 6 through 8 and 10 through 13. We created a chart to try to track all this so that's my chart is consistent with what you said. So those are the factual analyses of the defendants trades that were excluded and the district's district court's order on those sub opinions should be reversed. Now going to court made a pretty broad cursory ruling that the opinions are relevant but the expert isn't qualified to render the opinions. What is it that you're asking us to do reverse and then go through each category or can we say well we disagree with the district court but there's a lack of qualification here. Open remand the parties and the district court can sort it out. That's what this district judges are better equipped to do. We are requesting that the court reverse the district courts ruling to exclude the opinions that issue in this case. So our request is that this court reviewing the these specific opinions at issue in this appeal and we believe that based on the record this court can reverse that decision and there would be nothing left for the district court to do as to the specific opinions at issue in this case. Should we accompany that with an order that they be admitted a trial as opposed to giving the district judge any leeway on remand to modify them? That is what we believe would be the appropriate remedy your honor. We are appealing the exclusion of evidence so we are taking an interlocutory appeal to appeal the exclusion of the evidence. So it's our view that a reversal as to these specific items that we have identified and that we are appealing that reversal would follow that. Those are then admissible at trial your honor. We'll talk about opinion three. Yes your honor. So moving now to opinion three we believe on opinion three based on really the same concessions as to mayor's qualifications to testify about how options trading works and to provide a factual analysis that the majority of opinion three comes in as well because if you look at opinion three almost all of opinion three is a factual analysis of the defendant's trades and looking at how different different features of the call options they use resulted in different profits and so we're really now then only arguing about I think a handful of sentences in opinion three and those handful of sentences are where Mike Mayer had phrased certain things and used the word probability or had used the word likely and as we have repeatedly stressed both below and in our papers he's not providing an empirical analysis of how traders behave he is providing an explanation of how a rational trader can increase their profits using the features of call options and that's explicitly what he says in in opinion three and those specific sentences that that the defendants have identified I think are really taken out of context when you look at the paragraphs of opinion three where he is discussing the economic incentives the traders have and the risks that are involved in trading in call options and so he's explaining how a rational actor can increase profits with if they are anticipating a so for example if they are anticipating a materially positive event within the next two weeks Mike Mayer can explain what call option features would a rational trader use in order to increase their profits and that really is the framework that the jury needs to understand in this case in order to understand the complex trading that occurred in this case and I see my have two minutes left so I'd like to reserve two minutes for rebuttal unless your owners have any questions. Thank you. It please the court. Trying to pin down exactly what the government wants on this appeal has frankly been a little bit difficult in part I think it's a bit of a moving target the entire purpose of Mayer's testimony below was to draw conclusions about insider trading behavior based on his characterization of their trades and what insider traders would normally do and those conclusions as I understood from the briefs are now abandoned the government does not say that it's permissible to allow those conclusions but those conclusions are in every challenged sub-opinion they permeate opinion 3 they permeate all of opinion 5 they are in every one of the 14 sub-opinions of opinion 5 and I can list at least 28 different instances in which he draws a conclusion about defendants behavior about people's behavior in a way that I think I understand the government to say is impermissible. What that means is that what the government seems to be asking for is I'd like to sort of go sentence by sentence in each one of these opinions pull out the things that I think are just neutral facts about trading and distinguish them from the claims about how the defendants behave or what might or might not be indicative of insider trading. Can I ask you one question about it appears from the record that the district judge was having some back and forth with counsel about perhaps modifying some of the opinions or sort of allowing some in and not allowing any and then there seemed to have been like a hundred or a ninety degree switch and then the judge concluded everything is out is that exactly what happened or is that a correctly summary of what happened? He did not say everything is out but with respect to these two opinions opinions 3 and opinions 5 yes and I think the answer I think the reason for that is is quite simple. He was concerned about the ultimate conclusion an issue they don't appeal now but he also spent three hours in a Daubert hearing watching Mr. Mayer testify and watching Mr. Mayer testify I think he quite correctly came to the conclusion that that testimony is not reliable on any of these sub-opinions. That conclusion is subject to broad discretion it should be reversed only if it is manifestly erroneous. Did the district judge make any specific findings under the applicable rule of evidence about why he was excluding the testimony? No your honor he did not it was a very short opinion that said I think given the fact that the government now concedes it can't go to the ultimate conclusions given the fact that those ultimate conclusions are in every sub-opinion they permeate the whole opinion it was well within his discretion to say I'm not going to go sentence by sentence and figure out which parts of these graphs and which parts of these sentences are permissible and which aren't. The government hasn't identified which ones are and it hasn't done so again on this appeal and the right a reasonable thing to do was to say I'm going to exclude opinions three and five altogether. I think that's not an abuse of discretion and it is worth noting that Mr. Mayer can still testify to the sorts of things that the government says it wants him to testify to. He can testify to how options trading works he can testify to what trades were actually made those are in other of Mr. Mayer's opinions which were not excluded they will be able to come in. I will also note that in the prior trial against Mr. Agarwal the government managed to get in all of the factual evidence it's now trying to use Mr. Mayer theoretically to get in by introducing it through an FBI agent. So the problem here is that Mr. Was Judge Hatter the judge on the Agarwal case? Yes, Your Honor. The sub-opinions weren't even contested so do we then uphold the exclusion of the entire opinion including the sub-opinions that weren't really contested below such as defendants hadn't traded in these particular securities in the months prior to the ones at issue in the indictment. That's pretty uncontroversial and I don't think you even contested that below. Well the the factual claim of when the defendants traded I don't think we contest but it is not accurate to say that the sub-opinions were not at issue. The brief at 45 but that is simply not true. We objected to all of opinions 3 and 5 on qualifications and reliability grounds that's in the record at 746 to 751. We also brought individual specific objections to several of the sub-opinions but the court did not rule on those individual specific sub-opinions it ruled on the general objection to the reliability of Mr. Mayer's testimony. And let me just be clear why it is we think Mr. Mayer's this is not someone who had a methodology at all. This is not someone who used a peer-reviewed methodology. This is someone who is only a testifying expert. He has no experience in this industry and what he did as he himself admitted in the hearing was look to find things that were consistent with what what someone would see if they were trying to take advantage of material non-public information. I noted things that I identified and wrote about were things I thought were important. Did you rely on any social science research? No, I relied on my experience. Can I stop you for a moment? Certainly. I'm sorry for interrupting. I really want to clarify this. I'm looking at the transcript of the discussion with the district court at GER 325 starting from line 21 where I believe it was Mr. Proctor was counsel below. He's saying to the district court I don't object to Mr. Mayer saying that defendants have never traded in PLXT or Opinion 1 and conceding that's the proper province of an expert but then the experts pivot saying that now this is consistent with someone taking advantage of material non-public opinion. That's specifically what he's objecting to. So counsel offered to the court so if your Honor's asking me where I think you draw the line that's the line we're suggesting that he be able to give his expertise, read these complicated records, do his analysis but stop before that and that's consistent with someone taking advantage of material non-public information so now ending at GER 326. That seems to be a pretty reasonable position that counsel's taking. Look, these records are complicated. Jurors may not have an understanding of it. If an expert can read these records and speak to them as a factual matter there's no objection to that but then when the expert pivots and say well here's the significance of it that's the part that I understand the government has now given up to so why can't we go back to the position that counsel had proffered to the district court in the first instance. What's wrong with that? I don't think there's anything wrong with that per se but I think the way to do that is to affirm. All of the factual information about trading is in other unobjected to sections of the report like section 4.3 opinion 4.3. He can testify here's what trading happened. The problem is that in opinion 3 he takes that data and mixes it together with his infinitely malleable views as to whether or not it constitutes insider trading and I think the district court was well within its discretion to say that opinion is impermissible because every one of those sub opinions is tainted by those opinions and so when Mr. Mayer says picking options is something insider traders do but then later says not picking options is something insider traders do. Picking the highest option price is consistent with insider trading. Picking the lowest price is consistent with insider trading. Picking the most profitable option is consistent with insider trading. Not picking the most profitable option is consistent with insider trading. All those opinions self contradictory are bound up in opinions three and five and the right thing to do I think is to say I think that maybe the government and the defendants are not that far apart in what should be done but if that's right if the answer is he can testify about facts but he can't testify about do these facts indicate insider trading. Can I ask you a question? And this relates to what I said before. You know the district court excluded everything on three and five completely even though counsel in the colloquy seemed to indicate that some being objected to. Now if we think that the judge had or should be that the order should be reversed because it was so blanket on remand do you do you still want the opportunity to make these arguments you're making now as to some may be in and some may be out or do you think we'd be justified in requiring the district judge to admit everything the government now wants to admit? Well I think that as the government's concession in the brief which does bind them indicates you can't simply say we'll let in all of sub-opinions in five because a bunch of those are bound up with ultimate conclusions that they now concede. Is that up for us to make a ruling here or should we give the district judge the usual discretion under four or three? You should absolutely give the district judge discretion both to decide what's in and what's out under the government's own concession and under rule 403 which the district judge never had the opportunity to consider and the last thing I guess I'll say on that point is I think that this court can reasonably conclude that the district judge already exercised that discretion and yes there was not a full opinion that explained why but the district court could reasonably have said I see the line that's being drawn here everything in three and five is tainted it's permeated with all of these opinions the government now concedes are and testify about his other opinions like opinion four those are the ones that include the factual evidence. Thank you Your Honor. Alright, thank you very much counsel. Just in terms of responding to the point of the court's concerns I think that there is a need to affirm the exclusion of all the opinions three and five which I believe that some of the arguments you know in terms of defense counsel you know explaining that they believe that it excluded all three and five but that somehow we'd still be able to get the actual analyses that are set forth in there in a trial I don't believe that's the case I mean that's why the government had to take this appeal in this case was because they had taken the position that it excluded all three and five and this is very important evidence for the government at trial we believe it's very significant for the jury to be able to understand how call options trading actually works. Thank you counsel you did not file a motion for reconsideration or clarification with the district court? That's correct Your Honor. The trial date was coming up it was a broad exclusion order and it was a very significant ruling for our case which which we we took the appeal and so in terms of the consistent with insider trading opinion you know we recognize that the court has broad discretion has broad discretion and so that is why we did not appeal the exclusion of that ultimate conclusion but in terms of everything else that is in opinion five I understand that the report was worded some of the sub opinions had that language in it but we've made clear that that is not what we're excluding and the report is to give notice it's under rule 16 to give notice to the defendants as to what the government intends to present at trial so I think that it would it would be improper to exclude all of that very important evidence just on the basis of how that report is is worded. So one last question you indicated as to opinion three the the real dispute I guess things that would be beyond the factual matter boiled down to a couple of sentences where in the record do we go to look for what sentences the government believes is truly at issue? Yes your honor that would be at excerpts of record 360 and 362 to 363 and then 367 there are a number there were five points at the end of opinion three that addressed risks and how those risks would affect how how a trader could trade with call options. All right thank you very much both sides for your argument in this case the matter is submitted for decision. Thank you.
judges: Nguyen, Owens, Baylson